# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

June 4, 2013

Before

RICHARD A. POSNER, *Circuit Judge*
JOEL M. FLAUM, *Circuit Judge*
ANN CLAIRE WILLIAMS, *Circuit Judge*

| | |
|---|---|
| No.: 12-1269 | MICHAEL MOORE, et al.,<br> Plaintiffs - Appellants<br><br>v.<br><br>LISA MADIGAN and HIRAM GRAU,<br>Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 3:11-cv-03134-SEM-BGC<br>Central District of Illinois<br>District Judge Sue E. Myerscough |

| | |
|---|---|
| No.: 12-1788 | MARY E. SHEPARD and ILLINOIS STATE RIFLE ASSOCIATION,<br>Plaintiffs - Appellants<br><br>v.<br><br>LISA MADIGAN, et al.,<br>Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 3:11-cv-00405-WDS-PMF<br>Southern District of Illinois<br>District Judge William D. Stiehl |

The following are before the court:

1. **MOTION TO STAY MANDATE FOR 30 ADDITIONAL DAYS**, filed on June 3, 2013, by counsel for the appellees.

2. **OPPOSITION TO MOTION TO STAY MANDATE FOR ADDITIONAL 30 DAYS**, filed on June 4, 2013, by counsel for appellants Michael Moore, Charles Hooks, Peggy Fechter, Jon Maier, Second Amendment Foundation, Inc., and Illinois Carry.

3. **PLAINTIFFS-APPELLANTS MARY SHEPARD AND ILLINOIS STATE RIFLE ASSOCIATION'S OPPOSITION TO MOTION TO STAY MANDATE FOR ADDITIONAL 30 DAYS**, filed on June 4, 2013, by counsel for appellants Mary Shepard and the Illinois State Rifle Association.

**IT IS ORDERED** that the motion to stay mandate for additional 30 days is **GRANTED**. This court's mandate is **STAYED** until July 9, 2013. No further extensions to stay the court's mandate will be granted.

form name: **c7_Order_3J**(form ID: **177**)