# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

June 17, 2013

Clerk
United States Court of Appeals for the Seventh Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL 60604

U.S.C.A. — 7th Circuit
RECEIVED
JUN 28 2013 COD
GINO J. AGNELLO
CLERK

Re: Lisa Madigan, et al.
v. Michael Moore, et al.
Application No. 12A1053
(Your No. 12-1269, 12-1788)

Dear Clerk:

The application for a further extension of time in the above-entitled case has been presented to Justice Kagan, who on June 17, 2013 extended the time to and including July 22, 2013.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**William K. Suter**, Clerk

by

Andrew Downs
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Michael A. Scodro
Solicitor General
Office of the Attorney General
100 West Randolph Street
Chicago, IL 60601


Clerk
United States Court of Appeals for the Seventh Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL 60604